RECEIVED MAILROOM
JAN 11 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Randall Royer
Reg. No. 46812-083
U.S.P. Marion
P.O. Box 1000
Marion, IL 62959

January 7, 2013

Clerk of the Court
401 Courthouse Sq.
Alexandria, VA 22314

Re: U.S. v. Royer, No. 1:03-CR-296-LMB

Dear Sir or Madam:

    I am writing to provide you with my new address, listed above, as I have a pending pro se motion/petition for Mandamus before the court.
    Also, as that was filed over 18 months ago, please let me know if the court has ruled on it, as my receipt of mail is unreliable. (If there's no ruling yet, don't worry about replying.)
    Thank you for your help.

Randall Royer