IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RANDALL TODD ROYER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:14cv801 (LMB/IDD) |
| ) | 1:03cr296 (LMB) |
| ) | |
| ERIC D. WILSON, ) | |
| ) | |
| Respondent. ) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Royer's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 be and is DISMISSED.

To appeal this decision, Royer must file a written Notice of Appeal with the Clerk of this court within thirty (30) days of receipt of this Order. He must also request and obtain a certificate of appealability from a circuit justice or judge. See 28 U.S.C. § 2253(c)(1)(B); Fed. R. App. P. 22(b). This Court expressly declines to issue such a certificate for the same reasons stated in the Memorandum Opinion.

The Clerk is directed to enter judgment in favor of the respondent pursuant to Fed. R. Civ. P. 58, and forward a copy of this Order and the accompanying Memorandum Opinion to petitioner, pro se, and counsel of record.

Entered this 4th day of November, 2014.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge