## APPEAL TRANSMITTAL SHEET (non-death penalty)

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** 12/19/14<br>☐ First NOA in Case<br>✓ Subsequent NOA-same party<br>☐ Subsequent NOA-new party<br>☐ Subsequent NOA-cross appeal<br>☐ Paper ROA  ☐ Paper Supp.<br>Vols: 4<br>Other: _____ | **District:** VAED<br>**Division:** Alexandria<br>**Caption:** USA vs. Randall todd Royer | **District Case No.:** 1:03-CR-296<br>**4CCA No(s). for any prior NOA:** 12-6737; 11-6842; 10-6338; 07-4941;<br>**4CCA Case Manager:** RJ Warren; R. Sewell; G. Krawcheck; |

**Exceptional Circumstances:** ☐ Bail  ☐ Interlocutory  ☐ Recalcitrant Witness  ☐ Other _____

| | |
|---|---|
| **Confinement-Criminal Case:**<br>☐ Death row-use DP Transmittal<br>☐ Recalcitrant witness<br>✓ In custody<br>☐ On bond<br>☐ On probation<br>**Defendant Address-Criminal Case:** | **Fee Status:**<br>☐ No fee required (USA appeal)  ☐ Appeal fees paid in full  ✓ Fee not paid<br>**Criminal Cases:**<br>☐ District court granted & did not revoke CJA status (continues on appeal)<br>☐ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)<br>✓ District court never granted CJA status (must pay fee or apply to 4CCA)<br>**Civil, Habeas & 2255 Cases:**<br>☐ Court granted & did not revoke IFP status (continues on appeal)<br>☐ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)<br>☐ Court never granted IFP status (must pay fee or apply to 4CCA) |
| **District Judge:** Judge Leonie M. Brinkema | **PLRA Cases:**<br>☐ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)<br>☐ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **Court Reporter (list all):**<br>A. Thomson<br>A. Thomson/McCoy<br>McCoy<br>Cox<br>FTR<br>**Coordinator:** | **Sealed Status (check all that apply):**<br>✓ Portions of record under seal<br>☐ Entire record under seal<br>☐ Party names under seal<br>☐ Docket under seal |
| **Record Status for Pro Se Appeals (check any applicable):**<br>☐ Assembled electronic record transmitted<br>☐ Additional sealed record emailed to 4cca-filing<br>☐ Paper record or supplement shipped to 4CCA<br>☐ No in-court hearings held<br>☐ In-court hearings held – all transcript on file<br>☐ In-court hearings held – all transcript not on file<br>☐ Other: | **Record Status for Counseled Appeals (check any applicable):**<br>☐ Assembled electronic record available if requested<br>☐ Additional sealed record available if requested<br>☐ Paper record or supplement available if requested<br>☐ No in-court hearings held<br>☐ In-court hearings held – all transcript on file<br>✓ In-court hearings held – all transcript not on file<br>☐ Other: |

**Deputy Clerk:** Marialisa Clarke   **Phone:** 703-299-2132   **Date:** 12/22/14

01/2012