IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

F I L E D

JUN 2 5 2014

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

RANDALL TODD ROYER,           )
      Petitioner,           )
                      )
                      )
      v.           )   Civ. No. ___1:14CV801___
                      )
ERIC D. WILSON,           )
      Respondent.           )

## MOTION TO EXPEDITE

COMES NOW Petitioner, pro se, and moves this Honorable Court to expedite its consideration of the Petition for Writ of Habeas Corpus. In support thereof he avers as follows:

1.  Petitioner has filed a Petition for Writ of Habeas Corpus which states a non-frivolous claim that his conviction on Count One of the two-count criminal information to which he pleaded guilty, should be vacated. If that relief is granted, it would result in Petitioner's immediate release, since he has already served eleven years of his aggregate twenty-year sentence.

2.  Petitioner's mother is gravely, dangerously ill and is at the time of this writing in the Intensive Care Unit at a hospital in Arlington, Virginia. She has blood and fluid in her lungs and her doctors believe she has an infection similar to pneumonia; she is also suffering from dementia. If she survives, Petitioner's elderly father will need help caring for her. If she does not survive, Petitioner's father will himself need company as he will be living alone on social security benefits in subsidized housing

3.  Petitioner is well aware that the court has much

urgent business but he requests that the court prioritize this action to the extent that is practical and convenient.

4.  Petitioner further requests that the court not grant any potential motions for enlargement of time by the Respondent unless those motions are well-grounded and in the interest of justice, due to the urgent nature of this action. Only questions of law are at issue in this action and the relevant facts are familiar to the court and the parties and there does not appear to be any reason for extensive delays with respect to the government filing its opposition.

5.  Wherefore, Petitioner respectfully requests that the court expedite its consideration of his petition.

Respectfully submitted,

Dated: 6/13/14

Randall Todd Royer

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 6/13/14

Randall Todd Royer

## CERTIFICATE OF SERVICE

I certify that on this 13th day of June, 2014, I caused the foregoing to be mailed to counsel for Respondent.

Randall Todd Royer

2