```
Court Name: United States District Court
Division: 1
Receipt Number: 14683044689
Cashier ID: sbrown
Transaction Date: 07/01/2014
Payer Name: RANDALL T ROYER
```

WRIT OF HABEAS CORPUS
 For: RANDALL T ROYER
 Amount:        $5.00

CASH
 Amt Tendered:  $5.00

Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

HABEAS
114CV801

*(Receipt shown in mirror image through the back of the page)*

Court Name: United States District Court
Division: 1
Receipt Number: 14638A4683
Cashier ID: shrowe
Transaction Date: 07/01/2014
Payer Name: RANDALL T ROYER

WRIT OF HABEAS CORPUS
For: RANDALL T ROYER
Amount: $5.00

CASH
Amt Tendered: $5.00

Total Due: $5.00
Total Tendered: $5.00
Change Amt: $0.00

HABEAS
11ACV901