FILED
JUL - 7 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RANDALL TODD ROYER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:14cv801 (LMB/IDD) |
| ) | 1:03cr296 (LMB) |
| ERIC D. WILSON, ) | |
| ) | |
| Respondent. ) | |

ORDER

Before the Court is Randall Todd Royer's Petition for Writ of Habeas Corpus [Dkt. No. 1], which he has brought pursuant to 28 U.S.C. § 2241, and his Motion to Expedite [Dkt. No. 2], which requests that the Court "prioritize" its consideration of his habeas petition. Good cause having been shown, petitioner's Motion to Expedite [Dkt. No. 2] is GRANTED, and it is hereby

ORDERED that the government file its response to the Petition for Writ of Habeas Corpus [Dkt. No. 1] within thirty (30) days of the date of this Order, rather than the usual sixty (60) days.

The Clerk is directed to forward copies of this Order to counsel of record and pro se petitioner at his address of record.

Entered this 7th day of July, 2014.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge