IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| RANDALL TODD ROYER | ) | |
| | ) | Civil No.      1:14cv801 |
| Petitioner, | ) | |
| | ) | Criminal No.   1:03cr296 |
| v. | ) | |
| | ) | |
| ERIC D. WILSON, | ) | |
| | ) | |
| Respondent. | ) | |

<u>NOTICE OF APPEARANCE</u>

The Clerk will please enter the appearance of Assistant United States Attorney Gordon D.

Kromberg as counsel for the respondent in the above-captioned matter.

Respectfully submitted,

Dana J. Boente
United States Attorney


By:         /s/                              
Gordon D. Kromberg
Virginia Bar No. 33676
Assistant United States Attorney
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA  22314
Phone: 703-299-3700
FAX: 703- 299-3981
Email Address:  gordon.kromberg@usdoj.gov

Case 1:03-cr-00296-LMB   Document 780   Filed 08/06/14   Page 2 of 2 PageID# 208

## CERTIFICATE OF SERVICE

I certify that on August 6, 2014, I caused to be delivered by first class mail a copy of the

attached NOTICE OF APPEARANCE to:

> Randall Todd Royer
> Reg. No. 46812-083
> Federal Correctional Complex
> P.O Box 1000
> Petersburg, VA  23804
>
>
> _____/s_____
> Gordon D. Kromberg
> Assistant United States Attorney
> Virginia Bar No. 33676
> Assistant United States Attorney
> Attorney for the United States
> 2100 Jamieson Avenue
> Alexandria, VA  22314
> (703) 299-3700
> (703) 837.8242 (fax)
> gordon.kromberg@usdoj.gov