IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

RANDALL TODD ROYER, )
)
Petitioner, )
)
v. )    1:14cv801 (LMB/IDD)
)    1:03cr296 (LMB)
ERIC D. WILSON, )
)
Respondent. )

FILED
MAILROOM

OCT 1 0 2014

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## NOTICE TO THE COURT

Petitioner hereby notifies the Court of a change in his
circumstances relevant to his Motion to Expedite, which the
Court granted on July 7, 2014. In his motion, Petitioner
explained that his mother was in the hospital and was "gravely,
dangerously ill." Motion to Expedite at 1.

On September 2, 2014, Petitioner's mother passed away.
However, circumstances continue to support the Motion to Expedite
because, as Petitioner also explained therein, his father "will
himself need company as he will be living alone on social
security benefits in subsidized housing." Id. Now that
Petitioner's mother has passed away, Petitioner's elderly father
is now living alone in the circumstances described. As explained
in the Motion to Expedite, if the court grants the Petition for
Writ of Habeas Corpus, it would result in Petitioner's immediate
release and permit him to care for his father. Accordingly,
good cause continues to exist for expediting consideration of the
Petition.

Respectfully submitted,

Dated: October 7, 2014

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 7, 2014 _____

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing to be mailed to counsel for the respondent.

Dated: October 7, 2014 _____

Kendall Royer
46812-083
Federal Correctional Complex
P.O. Box 1000
Petersburg, VA 23804

LEGAL MAIL

⇔46812-083⇔
Court Clerk
401 Courthouse SQ
2nd Floor
Alexandria, VA 22314-5704
United States

RICHMOND VA 230

09 OCT 2014 PM 1 L

22314570499

