# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| Randall Todd Royer | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. 1:14CV801 |
| Eric D. Wilson | ) ) ) ) |
| Respondent, | ) ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on 11/4/2014 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of Eric D. Wilson and against Randall Todd Royer.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
　　　　Richard Banke
　　　　Deputy Clerk

Dated: 11/4/2014
Alexandria, Virginia