FILED: December 29, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7888
(1:03-cr-00296-LMB-1)
(1:14-cv-00801-LMB-IDD)

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RANDALL TODD ROYER

Defendant - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:03-cr-00296-LMB-1 <br> 1:14-cv-00801-LMB-IDD |
| Date notice of appeal filed in originating court: | 12/19/2014 |
| Appellant | Randall Royer |
| Appellate Case Number | 14-7888 |
| Case Manager | Barbara H. Rowe <br> 804-916-2704 |