# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 29, 2014

---

## RECORD REQUEST

---

No. 14-7888,  US v. Randall Royer
 1:03-cr-00296-LMB-1
 1:14-cv-00801-LMB-IDD

TO:  Fernando Galindo

Please transmit the record in the above-referenced case to this office. If the record is transmitted in electronic form, please ensure that any paper or sealed portions of the record are also transmitted to this office. For appeals in social security cases, please transmit any social security records filed in the district court. For appeals in criminal cases, the presentence report is required. If there is anything that will delay transmission of the record, please notify me.

Barbara H. Rowe, Deputy Clerk
804-916-2704