# APPEAL TRANSMITTAL SHEET (non-death penalty)

| Transmittal to 4CCA of notice of appeal filed: _____ | District: VAED | District Case No.: 1:03-CR-296 |
|---|---|---|
| ___ First NOA in Case | Division: Alexandria | 4CCA No(s). for any prior NOA: 12-6737; 11-6842; 10-6338; 07-4941 |
| ✓ Subsequent NOA-same party | | |
| ___ Subsequent NOA-new party | Caption: USA vs. Randall Todd Royer | 4CCA Case Manager: |
| ___ Subsequent NOA-cross appeal | | |
| ___ Paper ROA  ___ Paper Supp. Vols: 4 | | RJ Warren; R. Sewell; G. Krawcheck; |
| Other: _____ | | |

| Exceptional Circumstances: ___ Bail  ___ Interlocutory  ___ Recalcitrant Witness  ___ Other _____ |
|---|

| Confinement-Criminal Case: | Fee Status: |
|---|---|
| ___ Death row-use DP Transmittal | ___ No fee required (USA appeal)  ___ Appeal fees paid in full  ✓ Fee not paid |
| ___ Recalcitrant witness | **Criminal Cases:** |
| ✓ In custody | ___ District court granted & did not revoke CJA status (continues on appeal) |
| ___ On bond | ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) |
| ___ On probation | |
| **Defendant Address-Criminal Case:** | ✓ District court never granted CJA status (must pay fee or apply to 4CCA) |
| | **Civil, Habeas & 2255 Cases:** |
| | ___ Court granted & did not revoke IFP status (continues on appeal) |
| | ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) |
| | ___ Court never granted IFP status (must pay fee or apply to 4CCA) |
| **District Judge:** | **PLRA Cases:** |
| Judge Leonie M. Brinkema | ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) |
| | ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **Court Reporter (list all):** | Sealed Status (check all that apply): |
| A. Thomson | ✓ Portions of record under seal |
| A. Thomson/McCoy | ___ Entire record under seal |
| McCoy | |
| Cox | ___ Party names under seal |
| FTR | ___ Docket under seal |
| **Coordinator:** | |

| Record Status for Pro Se Appeals (check any applicable): | Record Status for Counseled Appeals (check any applicable): |
|---|---|
| ___ Assembled electronic record transmitted | ___ Assembled electronic record available if requested |
| ___ Additional sealed record emailed to 4cca-filing | ___ Additional sealed record available if requested |
| ___ Paper record or supplement shipped to 4CCA | ___ Paper record or supplement available if requested |
| ___ No in-court hearings held | ___ No in-court hearings held |
| ___ In-court hearings held – all transcript on file | ___ In-court hearings held – all transcript on file |
| ___ In-court hearings held – all transcript not on file | ✓ In-court hearings held – all transcript not on file |
| ___ Other: | ___ Other: |

Deputy Clerk: Marialisa Clarke    Phone: 703-299-2132    Date: 12/22/14

01/2012