```
Court Name: United States District Court
Division: 1
Receipt Number: 14683049072
Cashier ID: sbrown
Transaction Date: 01/27/2015
Payer Name: MICHAEL T KIRKPATRICK

NOTICE OF APPEAL/DOCKETING FEE
 For: MICHAEL T KIRKPATRICK
 Amount:         $505.00

CHECK
 Remitter: MICHAEL T KIRKPATRICK
 Check/Money Order Num: 3295
 Amt Tendered: $505.00

Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00

APPEAL:
114CV001
103CR296
```