FILED:  February 5, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-7888

(1:03-cr-00296-LMB-1)

(1:14-cv-00801-LMB-IDD)

_____

RANDALL TODD ROYER

       Petitioner - Appellant

v.

UNITED STATES OF AMERICA; ERIC D. WILSON

       Respondents - Appellees

_____

O R D E R

_____

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk