FILED: June 8, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-7888
(1:03-cr-00296-LMB-1)
(1:14-cv-00801-LMB-IDD)
_____

RANDALL TODD ROYER

      Petitioner - Appellant

v.

UNITED STATES OF AMERICA; ERIC D. WILSON

      Respondents - Appellees

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                      /s/ PATRICIA S. CONNOR, CLERK