FILED: July 31, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-7888
(1:03-cr-00296-LMB-1)
(1:14-cv-00801-LMB-IDD)

_____

RANDALL TODD ROYER

    Petitioner - Appellant

v.

UNITED STATES OF AMERICA; ERIC D. WILSON

    Respondents - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered June 8, 2015, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*