IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Randall Todd Royer,            )
                               )
        Petitioner,            )
                               )
    v.                         )   Civ. No. 1:15CV1021
                               )   Crim No. 1:03cr296-LMB
Eric D. Wilson,                )
                               )
        Respondent.            )

## MOTION FOR SCHEDULING ORDER

COMES NOW Petitioner and moves this Honorable Court for an expedited scheduling order. Petitioner recognizes that the Court typically directs respondents in habeas cases to respond within 60 days; however, since the issues raised in the petition are solely matters of law, he submits that 30 days is an appropriate and sufficient time for the Respondent to prepare his response to the petition. Indeed, "[h]abeas corpus is intended to provide 'a swift and imperative remedy in all cases of illegal restraint or confinement.'" Wyant v. Edwards, 952 F. Supp. 348, 350 (S.D. W. Va. 1997)(citing Fay v. Noia, 372 U.S. 391, 400 (1963)). "Habeas corpus claims should receive 'a swift, flexible, and summary determination.'" Id. (citing Preiser v. Rodriguez, 411 U.S. 495 (1973)). Indeed, the only real legal issue in this case is whether or not the government reads Johnson v. United States as having invalidated 18 U.S.C §§ 16(b) and 924(c)(3)(B).

Accordingly, Petitioner respectfully requests that the Court issue an expedited scheduling order directing the Respondent to file its response within 30 days.

RECEIVED
AUG - 6 2015
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Respectfully submitted,

Dated: July 27, 2015

Randall Todd Royer

## CERTIFICATE OF SERVICE

I certify that on this 27th day of July, 2015, I caused a copy of the foregoing to be mailed to counsel for the Respondent.

Randall Todd Royer