IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RANDALL TODD ROYER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:15-cv-1021 (LMB/IDD) |
| ) | 1:03-cr-296 (LMB) |
| ERIC D. WILSON, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Before the Court is Randall Todd Royer's Petition for Writ of Habeas Corpus, which he has brought under 28 U.S.C. § 2241, and his Motion for Scheduling Order, in which he requests an expedited briefing schedule be imposed. An initial review of Royer's petition and the Supreme Court's recent decision in <u>Johnson v. United States</u>, 135 S. Ct. 2551(2015), indicates that the petition may have merit. Good cause having been shown, Royer's Motion for Scheduling Order [Dkt. No. 2] is GRANTED, and it is hereby

ORDERED that within 30 days of this Order the government show cause as to why Royer's Petition for Writ of Habeas Corpus should not be granted.

The Clerk is directed to forward copies of this Order to counsel of record and to petitioner, pro se.

Entered this _14_ day of August, 2015.

Alexandria, Virginia

                                             /s/
                                             Leonie M. Brinkema
                                             United States District Judge