IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RANDALL TODD ROYER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:15-cv-1021 (LMB/IDD) |
| ) | 1:03-cr-296 (LMB) |
| ERIC D. WILSON, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Randall Todd Royer filed a Writ of Habeas Corpus under 28 U.S.C. § 2241, to which the Government responded on September 14, 2015 [Dkt. No. 4]. Accordingly, it is hereby

ORDERED that Royer file his reply, if any, no later than Monday, October 19, 2015.

The Clerk is directed to forward copies of this Order to counsel of record and to petitioner, pro se.

Entered this 29 day of September, 2015.

/s/
Leonie M. Brinkema
United States District Judge

Alexandria, Virginia