IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RANDALL TODD ROYER, ) | |
| ) | |
| Applicant, ) | |
| ) | 1:03-CR-296 (LMB0 |
| v. ) | 1:15-CV-01021 (LMB/IDD) |
| ) | |
| ERIC D. WILSON, ) | |
| ) | |
| Respondent. ) | |

ORDER

On September 14, 2015, the Court received the government's Memorandum in Opposition to applicant's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Dkt. No. 4]. The time by which to file a reply brief has passed, but given the applicant's custody status it is hereby

ORDERED that applicant is permitted fourteen (14) additional days in which to file his reply brief.

The Clerk is directed to forward copies of this Order to counsel of record and applicant pro se.

Entered this 21ST day of October, 2015.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge