IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RANDALL TODD ROYER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | )   1:15-CV-1021 (LMB/IDD) |
| | )   1:03-CR-296 (LMB) |
| ERIC D. WILSON, | ) |
| | ) |
| Respondent. | ) |

ORDER

On October 30, 2015, the petitioner filed a Motion for Leave to File Supplemental Reply [Dkt. No. 797]. For good cause shown, it is hereby

ORDERED the petitioner's Motion for Leave to File Supplemental Reply is GRANTED; the petitioner shall have twenty-one (21) days within which to file his supplemental reply and the respondent shall have twenty-one (21) days to respond thereto.

The Clerk is directed to forward copies of this Order to the United States Attorney for the Eastern District of Virginia and petitioner pro se.

Entered this 30 day of October, 2015.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge