IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

RANDALL TODD ROYER )
)
  Petitioner, )
)
v. ) 1:15cv1021 (LMB/IDD)
) 1:03cr296 (LMB)
)
ERIC D. WILSON, )
)
  Respondent. )

## ORDER

To preserve consistency and clarity in this collateral proceeding, it is hereby

ORDERED that all future pleadings be filed in criminal case 1:03cr296; and it is further

ORDERED that the Clerk's Office transfer all pleadings on the civil action docket sheet to the criminal case docket sheet; and it is further

ORDERED that the Clerk's Office terminate civil action 1:15cv1021 with the notation that all pleadings are to be filed in 1:03cr296.

The Clerk is directed to forward copies of this Order to counsel of record and petitioner, pro se.

Entered this 30 day of October, 2015.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge