IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RANDALL TODD ROYER ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:03cr296 (LMB) |
| ) | |
| ERIC D. WILSON, ) | |
| ) | |
| Respondent. ) | |

ORDER

The petitioner's Motion for Leave to Exceed Page Limit has merit. Accordingly, the Motion [Dkt. No. 798] is GRANTED, and it is hereby

ORDERED that the 31 page reply brief be and is accepted.

The Clerk is directed to forward copies of this Order to counsel of record and petitioner, pro se.

Entered this 2nd day of November, 2015.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge