IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RANDALL TODD ROYER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:03-CR-296 (LMB) |
| ) | 1:15-CV-1021 (LMB/IDD) |
| ERIC D. WILSON, ) | |
| ) | |
| Respondent. ) | |
| ) | |

ORDER

On February 29, 2016, Randall Todd Royer ("Royer") filed a Notice of Supplemental Authority [Dkt. No. 809]. In addition, on April 18, 2016, the Supreme Court announced its opinion in Welch v. United States, 136 S. Ct. 1257 (2016), which held that its ruling in Johnson v. United States, 135 S. Ct. 2551 (2015) applied retroactively. Accordingly, it is hereby

ORDERED that the government respond to Royer's Petition [Dkt. No. 795] in light of Welch, the cases provided by Royer in his Notice of Supplemental Authority, and any developing case law in the Fourth Circuit.

The Clerk is directed to forward copies of this Order to counsel of record and to petitioner pro se.

Entered this 3rd day of May, 2016.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge